1  SANDRA R. BROWN
   Acting United States Attorney                         JS-6
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   ROBYN-MARIE LYON MONTELEONE
4  Assistant United States Attorney
   Chief, General Civil Section, Civil Division
5  ACRIVI COROMELAS (Cal. Bar No. 298305)
   Assistant United States Attorney
6  Federal Building, Suite 7516
   300 North Los Angeles Street
7  Los Angeles, California 90012
   Telephone: (213) 894-2404
8  Facsimile: (213) 894-7819
   E-mail: acrivi.coromelas@usdoj.gov
9
   Attorneys for Defendant,
10 UNITED STATES OF AMERICA

11                    UNITED STATES DISTRICT COURT
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                        WESTERN DIVISION

13 KAREN VARGAS,                      Case No. 2:17-cv-03953 R (AGRx)

14         Plaintiff,

15         v.                         **ORDER DISMISSING ACTION
                                      WITH PREJUDICE**
16 UNITED STATES OF AMERICA; and
   DOES 1 through 10, inclusive.
17                                    Honorable Manuel L. Real
           Defendants.               United States District Judge
18

19
        The parties having filed a Stipulation for Compromise Settlement and Dismissal,
20
   IT IS HEREBY ORDERED:
21
        1.    Plaintiff's action is dismissed with prejudice in its entirety;
22
        2.    Each party shall bear its own costs of suit and fees; and
23
        3.    The Court retains jurisdiction pending payment of the settlement.
24

25
   DATED:  January 16, 2018
26
                                     _____
27                                   HONORABLE MANUEL L. REAL
                                     UNITED STATES DISTRICT JUDGE
28